1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9  DAMIEN RIVERO,                    )        3:04-cv-00495-HDM-VPC
                                     )
10                Plaintiff,         )
                                     )        ORDER
11 vs.                               )
                                     )
12 JACKIE CRAWFORD, et al.,          )
                                     )
13                Defendants.        )
   _____)
14
        The court has considered the report and recommendation of the
15
   United States Magistrate Judge (#83) filed on August 16, 2006, in
16
   which the Magistrate Judge recommends that this court grant in part
17
   and deny in part defendants' motion for summary judgment (#67).
18
   Plaintiff opposed (#71), filed a supplemental opposition (#75), and
19
   filed a second supplemental opposition (#80) to the summary
20
   judgment motion.  No objections to the report and recommendation
21
   have been filed, and the time for filing any objections has
22
   expired.
23
        The court has considered the pleadings and memoranda of the
24
   parties and other relevant matters of record and has made a review
25
   and determination in accordance with the requirements of 28 U.S.C.
26

                                     1

§ 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#83).  Therefore, defendants' motion for summary judgment (#67) is **GRANTED in part** as to count I, plaintiff's claim that Nevada Department of Corrections policy authorizes excessive force against inmates, and **DENIED in part** as to count I, plaintiff's claim that defendant Garchow used excessive force against plaintiff; **GRANTED** as to count II; and **GRANTED in part** as to count III, with respect to plaintiff's claims that he was subjected to retaliatory cell searches generally and subjected to false disciplinary charges in connection with a damaged cell light, and **DENIED in part** as to count III, with respect to plaintiff's claim that a razor blade was planted in his cell.

It is so **ORDERED**.

DATED: This 27th day of September, 2006.

_Howard D McKibben_

UNITED STATES DISTRICT JUDGE

2